Florida Central and Peninsular Railroad Company, a corporation under the laws of the State of Florida, Plaintiff in Error, vs. City of Jacksonville, a municipal corporation under the laws of the State of Florida, Defendant in Error.

Writ of error to Circuit Court Duval County.

*John A. Henderson and John C. Cooper,* for Plaintiff in Error.

No appearance for Defendant in Error.

This action was brought by the plaintiff in error against the defendant in error. There was judgment for the defendant, and the plaintiff takes writ of error.

Writ of error dismissed because there is no evidence shown by the record that service has been made upon defendant in error of a *scire facias ad audiendum errores,* and there has been no appearance of the defendant in error that could be held to waive such service.